# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA LEA SEXTON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CLARK NEVADA, *et al,*<br><br>    Defendants. | Case No. 2:16-cv-02289-RFB-VCF<br><br>**ORDER TO PRODUCE AMANDA LEA SEXTON, #8270791** |

TO:    WARDEN, CLARK COUNTY DETENTION CENTER
        LAS VEGAS, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **AMANDA LEA SEXTON, #8270791,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **AMANDA LEA SEXTON, #8270791,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, October 13, 2017, at the hour of 2:00 PM, in LV Courtroom 7D to attend a motion hearing in the instant matter, until the said **AMANDA LEA SEXTON, #8270791,** is released and discharged by the said Court; and that

said **AMANDA LEA SEXTON, #8270791**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 11th day of October, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**