1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7 * * *

8 AMANDA LEA SEXTON,                        Case No. 2:16-cv-02289-RFB-VCF

9                     Plaintiff,            **ORDER TO PRODUCE**
                                            **AMANDA LEA SEXTON,**
10         v.                                    **#8270791**

11 COUNTY OF CLARK NEVADA, *et al,*

12                     Defendants.

13

14     TO:        WARDEN, CLARK COUNTY DETENTION CENTER
15                LAS VEGAS, NV
                  UNITED STATES MARSHAL FOR THE DISTRICT OF
16                NEVADA AND ANY OTHER UNITED STATES MARSHAL

17

18     **THE COURT HEREBY FINDS** that **AMANDA LEA SEXTON, #8270791,** is

19 presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd.,

20 Las Vegas, NV.

21     **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center,  or his

22 designee, shall transport and produce **AMANDA LEA SEXTON, #8270791,** to appear before

23 the United States District Judge at the Lloyd D. George United States Courthouse in Las

24 Vegas, Nevada, on or about Tuesday, October 24, 2017, at the hour of 12:30 PM, in LV Courtroom

25 7D to attend a motion hearing in the instant matter,  until the said **AMANDA LEA SEXTON,**

26 **#8270791,** is released and discharged by the said Court; and that said **AMANDA LEA**

27

28

1  **SEXTON, #8270791**, shall  thereafter be returned to  the custody of the Warden, Clark

2  County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

3

4      **DATED** this <u>17th</u> day of  October, 2017.

5

6      _____
       **RICHARD F. BOULWARE, II**
7      **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28