# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

AMANDA LEA SEXTON,

Plaintiff,

v.

COUNTY OF CLARK NEVADA, *et al,*

Defendants.

Case No. 2:16-cv-02289-RFB-VCF

*AMENDED* ORDER TO PRODUCE AMANDA LEA SEXTON, #8270791

TO: WARDEN, CLARK COUNTY DETENTION CENTER
LAS VEGAS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **AMANDA LEA SEXTON, #8270791,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **AMANDA LEA SEXTON, #8270791,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, October 27, 2017, at the hour of 11:00 AM, in LV Courtroom 7D to attend a motion hearing in the instant matter, until the said **AMANDA LEA SEXTON, #8270791,** is released and discharged by the said Court; and that said **AMANDA LEA**

**SEXTON, #8270791**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

   **DATED** this 23rd day of October, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**