UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| |
|---|
| **FILED** |
| FEB 28 2018 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: AMANDA LEA SEXTON and
TONEY ANTHONEY WHITE,

AMANDA LEA SEXTON and
TONEY ANTHONEY WHITE,

          Petitioners,

  v.

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEVADA, LAS VEGAS,

          Respondent,

CLARK COUNTY NEVADA; et al.,

          Real Parties in Interest.

No. 18-70177

D.C. Nos. 2:16-cv-00734-RFB-VCF,
2:16-cv-02289-RFB-VCF
U.S. District Court for Nevada, Las
Vegas

**ORDER**

The motion filed by the petitioner on February 23, 2018 for voluntary

dismissal of this petition is granted. This petition is dismissed. *See* Fed. R. App. P.

42(b); 9th Cir. R. 27-9.1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7