# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AMANDA LEA SEXTON,

        Plaintiff,

vs.

COUNTY OF CLARK, NEVADA, *et al.*,

        Defendants.

2:16-cv-02289-RFB-VCF

**ORDER**

Before the Court are the following motions:

1. Motion for Reconsideration (ECF NO. 71),

2. Motion for Extension of Service Deadline (ECF NO. 75),

3. Motion for Re-Issuance of Summons, For Extension of Service time and for Order Re-directing Service (ECF Nos. 82, 83, 84),

4. Motion to Compel LVMPD Defendants Compliance (ECF No. 91),

5. Motion for Order Re-Directing Service (ECF No. 92).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 1:00 PM, July 2, 2018, in Courtroom 3D.

DATED this 14th day of June, 2018.

                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE