# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| AMANDA LEA SEXTON,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, NEVADA, *et al.*,<br><br>        Defendants. | 2:16-cv-02289-RFB-VCF<br>**AMENDED ORDER** |

Before the Court are the following motions:

1. Motion for Reconsideration (ECF NO. 71),

2. Motion for Extension of Service Deadline (ECF NO. 75),

3. Motion for Re-Issuance of Summons, For Extension of Service time and for Order Re-directing Service (ECF Nos. 82, 83, 84),

4. Motion to Compel LVMPD Defendants Compliance (ECF No. 91),

5. Motion for Order Re-Directing Service (ECF No. 92).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for **2:00 PM, July 2, 2018, in Courtroom 3D**.

DATED this 14th day of June, 2018.

                                                              CAM FERENBACH<br>
                                                              UNITED STATES MAGISTRATE JUDGE