# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AMANDA LEE SEXTON,

    Plaintiff,

vs.

CITY OF HENDERSON, *et al.*,

    Defendants.

2:16-cv-02289-RFB-VCF

**AMENDED ORDER TO PRODUCE AMANDA LEA SEXTON, # 1189640**

TO:    WARDEN, FLORENCE MCCLURE WOMEN'S CORRECTIONAL CENTER
          LAS VEGAS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

THE COURT HEREBY FINDS that AMANDA LEA SEXTON, #1189640, is presently in custody of the Warden, Florence McClure Women's Correctional Center, 4370 Smiley Road, Las Vegas, Nevada 89115.

IT IS FURTHER ORDERED that the Warden, Florence McClure Women's Correctional Center, or his designee, transports and produce AMANDA LEA SEXTON, #1189640, to appear before United States Magistrate Judge, Cam Ferenbach, at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about **Monday, July 2, 2018, at the hour of 2:00 PM**, in LV Courtroom 3D to attend a

motion hearing in the instant matter, until the said AMANDA LEA SEXTON, #1189640, is released and discharged by the said Court; and that said AMANDA LEA SEXTON, #1189640, shall thereafter be returned to the custody of the Warden, Florence McClure Women's Correctional Center, 4370 Smiley Road, Las Vegas, Nevada 89115, under safe and secure conduct.

DATED this 14th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE