**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| AMANDA LEA SEXTON,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, NEVADA, *et al.*,<br><br>        Defendants. | 2:16-cv-02289-RFB-VCF<br>**ORDER** |

On March 27, 2018, Plaintiff filed a motion to stay all further proceedings in this action. (ECF No 81). On June 14, 2018, LVMPD moved to stay discovery in this case pending a decision on ECF No. 64, its motion to dismiss. (ECF No. 97).

In addition to these two motions, there are 11 other motions pending decision. As both parties are requesting a stay of proceedings, and good cause appearing,

IT IS HEREBY ORDERED that discovery is STAYED in this case pending a decision on ECF No. 64.

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Proceedings (ECF No. 81) and Defendants' Motion to Stay Case (ECF No. 97) are GRANTED.

The pending motions listed below are denied without prejudice. If this case remains open after a decision on the motion to dismiss, and issues raised by the now denied motions require addressing, the moving party may file a new motion.

1. Motion for Reconsideration (ECF NO. 71),

2. Motion for Extension of Service Deadline (ECF NO. 75),

3. Motion for Re-Issuance of Summons, For Extension of Service time and for Order Re-directing Service (ECF Nos. 82, 83, 84),

4. Motion to Compel LVMPD Defendants Compliance (ECF No. 91),

5. Motion for Order Re-Directing Service (ECF No. 92).

IT IS FURTHER ORDERED that the hearing on the above referenced motions scheduled for **2:00 PM, July 2, 2018,** is VACATED.

IT IS FURTHER ORDERED that Order to Produce Plaintiff for a Motion Hearing on July 2, 2018 (ECF No. 96), is VACATED.

The Clerk of Court is directed to send the Warden of Florence McClure Women's Correctional Center and the U.S. Marshal a copy of this Order.

DATED this 15th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE