## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA LEA SEXTON,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK NEVADA, *et al,*<br><br>        Defendants. | Case No. 2:16-cv-02289-RFB-VCF<br><br>**AMENDED ORDER TO PRODUCE AMANDA LEA SEXTON, #1189640** |

TO:    DWIGHT NEVEN, WARDEN, FLORENCE MCCLURE
         WOMEN'S CORRECTIONAL CENTER, LAS VEGAS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **AMANDA LEA SEXTON, #1189640,** is presently in custody of the Warden, Florence McCure Woemen's Correctional Center, 4370 Smiley Road, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Florence McClure Correctional Center, or his designee, shall transport and produce **AMANDA LEA SEXTON, #1189640,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Monday, August 20, 2018, at the hour of 3:30 PM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **AMANDA LEA SEXTON, #1189640,** is released and discharged by the said Court; and that said

**AMANDA LEA SEXTON, #1189640**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 6th day of August, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**