**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Tom W. Stewart, Esq.
Nevada Bar No. 14280
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
tstewart@maclaw.com
   Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA LEA SEXTON,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, ET AL.,<br><br>    Defendants. | Case Number:<br>2:16-CV-02289-RFB-VCF<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

Defendants, the Las Vegas Metropolitan Police Department, Sheriff Lombardo, Officer Franc Cadet, and Officer Charles Yannis (collectively, "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Tom W. Stewart, Esq., of the law firm of Marquis Aurbach Coffing; Defendants J. Chavez, R. Robinson, Ryan Adams and Anthony Niswonger, (the "Henderson Defendants"), through their attorney Nancy D. Savage, Assistant City Attorney for the City of Henderson; and Amanda Lea Sexton, Plaintiff in proper person, hereby stipulate and agree to the following:

    1.    Plaintiff's Third Amended Complaint in the above-referenced case, and all claims asserted therein, shall be dismissed with prejudice; and

. . .

. . .

. . .

. . .

Page 1 of 3

MAC:14687-121 3732804_1 5/10/2019 11:52 AM

2. Each party shall bear its own attorneys fees and costs.

Dated this 10th day of May, 2019

AMANDA LEA SEXTON

By: /s/ Amanda Sexton
    Amanda Lea Sexton
    2700 State Route 76, Apt 23
    Willow Springs, MO 65793
    *Plaintiff Pro Se*

Dated this 10th day of May, 2019

MARQUIS AURBACH COFFING

By: /s/ Tom W. Stewart
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Tom W. Stewart, Esq.
    Nevada Bar No. 14280
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for LVMPD Defendants

Dated this 10th day of May, 2019

CITY OF HENDERSON

By: /s/ Nancy Savage
    Nancy Savage, Esq.
    Assistant City Attorney
    Nevada Bar No. 392
    240 Water Street, MSC 144
    Henderson, Nevada 89015
    Attorney for Defendants J. Chavez, R. Robinson, Ryan Adams and Anthony Niswonger

IT IS SO ORDERED this 14th day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

MARQUIS AURBACH COFFING

By: /s/ Tom W. Stewart
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Tom W. Stewart, Esq.
    Nevada Bar No. 14280
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for LVMPD Defendants

MAC:14687-121 3732804_1 5/10/2019 11:52 AM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 10th day of May, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Amanda Lea Sexton
2700 State Route 76, Apt 23
Willow Springs, MO 65793
*Plaintiff Pro Se*

_____
An employee of Marquis Aurbach Coffing

MAC:14687-121 3732804_1 5/10/2019 11:52 AM