**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Tom W. Stewart, Esq.
Nevada Bar No. 14280
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
tstewart@maclaw.com
Attorneys for LVMPD Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA LEA SEXTON,<br><br>                              Plaintiff,<br><br>vs.<br><br>COUNTY OF CLARK, ET AL.,<br><br>                              Defendants. | Case Number:<br>2:16-CV-02289-RFB-VCF<br><br>**AMENDED<br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

Defendants, the Las Vegas Metropolitan Police Department, Sheriff Lombardo, Officer Franc Cadet, and Officer Charles Yannis (collectively, the "LVMPD defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Tom W. Stewart, Esq., of the law firm of Marquis Aurbach Coffing; Defendants J. Chavez, R. Robinson, Ryan Adams, John Gregg, and Anthony Niswonger, (collectively, the "Henderson defendants"), through their attorney Nancy D. Savage, Assistant City Attorney for the City of Henderson; Naphcare, Nurse Ashley, and L. Williamson (collectively, the "Naphcare defendants"); and Amanda Lea Sexton, Plaintiff in proper person, hereby stipulate and agree to the following:

1.      Plaintiff's Third Amended Complaint in the above-referenced case, ECF No. 8, and any and all claims asserted against any and all defendants in this action, including those not explicitly listed above, shall be dismissed with prejudice; and

. . .

. . .

MAC:14687-121 3754216_1 6/4/2019 3:23 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.    Each party shall bear its own attorney fees and costs.

Dated this 4th day of June, 2019          Dated this 4th day of June, 2019

AMANDA LEA SEXTON                         MARQUIS AURBACH COFFING


By: /s/ Amanda Sexton                     By: /s/ Tom W. Stewart
    Amanda Lea Sexton                         Nick D. Crosby, Esq.
    2700 State Route 76, Apt 23               Nevada Bar No. 8996
    Willow Springs, MO 65793                  Tom W. Stewart, Esq.
    *Plaintiff Pro Se*                        Nevada Bar No. 14280
                                              10001 Park Run Drive
                                              Las Vegas, Nevada 89145
                                              Attorneys for the LVMPD defendants

Dated this 4th day of June, 2019          Dated this 4th day of June, 2019

SCHUERING ZIMMERMAN & DOYLE,   CITY OF HENDERSON
LLP

                                          By: /s/ Nancy Savage
By: /s/ Chad C. Couchot                       Nancy Savage, Esq.
    Chad C. Couchot, Esq.                     Assistant City Attorney
    Nevada Bar No. 12496                      Nevada Bar No. 392
    400 University Avenue                     240 Water Street, MSC 144
    Sacramento, CA 95825                      Henderson, Nevada 89015
    Attorney for the Naphcare defendants      Attorney for the Henderson defendants

## ORDER

IT IS SO ORDERED.  The Clerk of the Court is instructed to close this case.

DATED this 5th day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

MARQUIS AURBACH COFFING


By: /s/ Tom W. Stewart
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Tom W. Stewart, Esq.
    Nevada Bar No. 14280
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for the LVMPD defendants

MAC:14687-121 3754216_1 6/4/2019 3:23 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **AMENDED STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of June, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Amanda Lea Sexton
2700 State Route 76, Apt 23
Willow Springs, MO 65793
*Plaintiff Pro Se*

_____
An employee of Marquis Aurbach Coffing

MAC:14687-121 3754216_1 6/4/2019 3:23 PM